UNITED STATES DISTRICT COURT
OF MARYLAND

MICHELLE DAVIS

    Plaintiff,

V.                                                       CIVIL ACTION NO

FINANCIAL RECOVERY SERVICES, INC.

    Defendant.                                    December 23, 2015

## COMPLAINT

### I. PRELIMINARY STATEMENT

1. This is an action brought pursuant to 15 U.S.C. § 1692, *et sequi*, known more commonly as the "Fair Debt Collection Practices Act" ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

### II. JURISDICTION

2. The jurisdiction of this Court arises under 15 U.S.C. §1692k and 28 U.S.C. §1337.

### III. ALLEGATIONS AS TO PARTIES

3. Plaintiff is a resident of Baltimore, MD.

4. At all times material hereto, Defendant was doing business in Maryland.

5. At all times material hereto, Defendant, was acting like a debt collector, with a principal place of business located at 6300 SHINGLE CREEK PARKWAY, SUITE 220, BROOKLYN CENTER, MN 55430 without the proper collection agency's license as required by Maryland Code Annotated, Business Regulations § 7-101 et seq. (Collection Agency Law)

6. Defendant is or was engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempted to collect consumer debts alleged to be due to another in the State of Maryland.

## IV. FACTUAL ALLEGATIONS

7. On or about August 5, 2015, Defendant communicated with the Plaintiff for the purpose of collecting monies for an alleged delinquent credit card account. (See Exhibit 1).

8. Defendant stated the amount due and owing was $1,223.08.

9. Defendant failed to maintain its collection agency license at that location after the office was closed on July 14, 2015.

10. The FDCPA requires the Defendant (debt collector) to state the total amount due, interest and other charges as well as principal on the date the dunning letter was sent.

## V. DEFENDANTS' PRACTICES

11. It is or was the policy and practice of Defendant to communicate with Maryland consumers in a manner which was reasonably calculated to confuse or frustrate, or mislead consumers in violation of the FDCPA §1692e.

12. Defendant failed to maintain a Collection Agency License in MD as required by the MD Department of Financial Regulation. <u>Maryland Code Annotated, Business Regulations § 7-101 et seq.</u> (Collection Agency Law)

13. Defendant is a foreign corporation and failed to stay current with the State of Maryland Department of Assessment and Taxation. Defendant forfeited its license to do business in Maryland. For a non-Maryland entity it means its authority to do business and legal presence here has been terminated.

## VI. ALLEGATIONS OF LAW

### A. General

14. At all times material hereto, plaintiff was a "consumer" as said term is defined under 15 U.S.C. §1692a (3).

15. At all times material hereto, "TD Bank USA, N.A.", represented by Defendant was a "creditor" as said term is defined under 15 U.S.C. §1692a (4).

16. At all times material hereto, the amount purportedly owed to "TD Bank USA, N.A." represented by Defendant was a "debt" as said term is defined under 15 U.S.C. §1692a (5).

### A. Unlawful Claim

17. With respect to the attempt by Defendant to collect the alleged debt as more particularly described above, the conduct of Defendant violated the FDCPA, including but not limited to:

a. The use of false representations, deceptive or misleading representations or means to collect or attempt to collect a debt in violation of 15 U.S.C. §1692e.

b. Failing to properly identify the amount of debt the Defendant was collecting, including interest and other charges.

18. As a result of Defendant's' conduct, Plaintiff is entitled to an award of actual and statutory damages pursuant to 15 U.S.C. §1692k.

19. Plaintiff is entitled to an award of costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k.

**WHEREFORE, Plaintiff, an individual, requests judgment be entered in her favor against Defendant for:**

1. Actual and statutory damages pursuant to 15 U.S.C. §1692k;

2. An award of costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k; and

3. Such other and further relief as the Court may deem just and equitable.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 673
Blairsville, GA 30514
Ph (443) 607-8901
Fax (443) 440-6372
Fed. Bar # Md26843
bernardtkennedy@yahoo.com


THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 673
Blairsville, GA 30514
Ph   (443) 607-8901
Fax (443) 440-6372
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

DEPT 813    28284942 005
PO BOX 4115
CONCORD CA 94524

**FINANCIAL RECOVERY SERVICES, INC.**
P.O. Box 385908
Minneapolis, MN 55438-5908
1-877-875-2668

CURRENT CREDITOR: TD BANK USA, N.A.
REGARDING: TARGET CREDIT CARD
ACCOUNT NUMBER: XXXXXXXXXX6890
DATE OF LAST PAYMENT: 10/24/13
CHARGE-OFF DATE: 05/27/14

RETURN SERVICE REQUESTED

August 5, 2015

MICHELLE J DAVIS
6408 ROSEMONT AVE
BALTIMORE MD 21206-1834

**BALANCE ITEMIZATION**
BALANCE DUE: $1223.08
FRS FILE NUMBER: NIK044
ON-LINE PIN NUMBER: 31377256
(Used to access and view your file on WWW.FIN-REC.COM)


PLAINTIFF'S EXHIBIT 1

As of the date of this notice you owe $1,223.08 and we are authorized to offer you the following options:

1. ( ) Our office will allow you to settle your account for 65.00% of the above referenced balance for a total 1 time lump sum payment of $795.00. We request this payment within 35 days after receipt of this letter. If you need additional time to respond to this offer, please contact us. Upon receipt and clearance of the payment of $795.00, this account will be considered settled in full for less than the full balance and you will be released of all liability to the creditor relative to the above listed account. We are not obligated to renew this offer. ; or

2. ( ) Our office will allow you to settle your account for 72.50% of the above referenced balance for a total payment of $886.74. You can pay this in 2 payments and we request the first payment within 35 days after receipt of this letter and the payments can be no more than 30 days apart. If you need additional time to respond to this offer, please contact us. Upon receipt and clearance of these two payments of $443.37, this account will be considered settled in full for less than the full balance and you will be released of all liability to the creditor relative to the above listed account. We are not obligated to renew this offer. ; or

3. ( ) Our office will allow you to settle your account for 80.00% of the above referenced balance for a total payment of $978.45. You can pay this in 3 payments and we request the first payment within 35 days after receipt of this letter and the payments can be no more than 30 days apart. If you need additional time to respond to this offer, please contact us. Upon receipt and clearance of these three payments of $326.15, this account will be considered settled in full for less than the full balance and you will be released of all liability to the creditor relative to the above listed account. We are not obligated to renew this offer.

These settlement offers may have tax consequences. We recommend that you consult independent tax counsel of your own choosing if you desire advice about any tax consequences which may result from this settlement. FRS is not a law firm and FRS will not initiate any legal proceedings or provide you with legal advice. The offers of settlement in this letter are merely offers to resolve your account for less than the balance due.

For assistance, please feel free to call us at the toll free number listed below or use our online consumer help desk. FRS now accepts some forms of payment online at www.fin-rec.com. See your online access PIN above. If you are sending your payment by overnight delivery, please use the following address: 4510 W. 77th St., Suite 200, Edina, MN 55435

Sincerely,
KRISTINE HAMANN
Account Manager
Toll Free: 1-877-875-2668

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector. See reverse side for important information. Office hours are: Monday-Thursday, 7am to 8pm; Friday 7am to 5pm; Saturday 7am to noon. See reverse side for more information.

---

*Detach Coupon And Mail Payment*

| 1 OF 3 | 2 OF 3 | 3 OF 3 |
|---|---|---|
| FRS File #: NIK044 | FRS File #: NIK044 | FRS File #: NIK044 |
| 1-877-875-2668 | 1-877-875-2668 | 1-877-875-2668 |
| Current Balance: $1223.08 | Current Balance: $1223.08 | Current Balance: $1223.08 |
| Amount enclosed:___ | Amount enclosed:___ | Amount enclosed:___ |
| Home phone:___ | Home phone:___ | Home phone:___ |
| Work phone:___ | Work phone:___ | Work phone:___ |
| Cell phone:___ | Cell phone:___ | Cell phone:___ |
| Financial Recovery Services, Inc. | Financial Recovery Services, Inc. | Financial Recovery Services, Inc. |
| P.O. Box 385908 | P.O. Box 385908 | P.O. Box 385908 |
| Minneapolis, MN 55438-5908 | Minneapolis, MN 55438-5908 | Minneapolis, MN 55438-5908 |
| Letter Code Sent: 093 | Letter Code Sent: 093 | Letter Code Sent: 093 |