UNITED STATES DISTRICT COURT
OF MARYLAND

MICHELLE DAVIS

       Plaintiff,

V.
                                      CIVIL ACTION NO
                                      1:15-cv-03942-GLR


FINANCIAL RECOVERY SERVICES, INC.

Defendant.                                 February 1, 2015

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in

the above-entitled action shall be dismissed with prejudice and without costs,

subject to approval of the Court.


                                  THE PLAINTIFF

                                  BY/S/Bernard T. Kennedy
                                  Bernard T. Kennedy, Esquire
                                  The Kennedy Law Firm
                                  P.O. Box 673
                                  Blairsville, GA 30514
                                  Ph  (443) 607-8901
                                  Fax (443) 440-6372
                                  Fed. Bar # Md26843
                                  bernardtkennedy@yahoo.com


APPROVED THIS 3rd DAY OF Feb. 2016

GEORGE L. RUSSELL, III, U.S.D.J.